# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**SECOND AMENDED MASTER
SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL
CLAIMS AND DEMAND FOR JURY
TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    BRENDA WALDNER

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    10/20/2005

5.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
        the time of injury:

        CONNECTICUT

6.      Plaintiff's current state(s) [if more than one Plaintiff] of residence:

        CONNECTICUT

7.      District Court and Division in which venue would be proper absent direct filing:

        CONNECTICUT

8.      Defendants (Check Defendants against whom Complaint is made):

        ☒       C.R. Bard Inc.

        ☒       Bard Peripheral Vascular, Inc.

9.      Basis of Jurisdiction:

        ☒       Diversity of Citizenship

        ☐       Other: _____

        a.      Other allegations of jurisdiction and venue not expressed in Master
                Complaint:

        _____

        _____

        _____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
        claim (Check applicable Inferior Vena Cava Filter(s)):

        ☐       Recovery$_®$ Vena Cava Filter

        ☐       G2$_®$ Vena Cava Filter

        ☐       G2$_®$ Express Vena Cava Filter

        ☐       G2$_®$ X Vena Cava Filter

        ☐       Eclipse$_®$ Vena Cava Filter

        ☐       Meridian$_®$ Vena Cava Filter

1    ☐    Denali<sub>®</sub> Vena Cava Filter

2    ☒    Other:  <u>Recovery or G2, most likely Recovery. Still to be determined.</u>

3    11.    Date of Implantation as to each product:

4    <u>10/20/2005</u>

5    _____

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7    ☒    Count I:        Strict Products Liability - Manufacturing Defect

8    ☒    Count II:       Strict Products Liability - Information Defect (Failure to

9                          Warn)

10   ☒    Count III:      Strict Products Liability - Design Defect

11   ☒    Count IV:       Negligence - Design

12   ☒    Count V:        Negligence - Manufacture

13   ☒    Count VI:       Negligence - Failure to Recall/Retrofit

14   ☒    Count VII:      Negligence - Failure to Warn

15   ☒    Count VIII:     Negligent Misrepresentation

16   ☒    Count IX:       Negligence *Per Se*

17   ☒    Count X:        Breach of Express Warranty

18   ☒    Count XI:       Breach of Implied Warranty

19   ☒    Count XII:      Fraudulent Misrepresentation

20   ☒    Count XIII:     Fraudulent Concealment

21   ☒    Count XIV:      Violations of Applicable Connecticut Law Prohibiting

22                        Consumer Fraud and Unfair and Deceptive Trade

23                        Practices

24   ☐    Count XV:       Loss of Consortium

25   ☐    Count XVI:      Wrongful Death

26   ☐    Count XVII:     Survival

27   ☒    Punitive Damages

28

☐   Other(s):   _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

Additional facts supporting this case include medical records showing the filter

is tilted, embedded, and fractured as well as the fact there was a failed retrieval

of the filter.

13.   Jury Trial demanded for all issues so triable?

☒   Yes

☐   No

RESPECTFULLY SUBMITTED this 17th day of January, 2018.


By:   */s/ Matthew D. Schultz*_____
      Matthew D. Schultz, FL Bar #640328
      Levin, Papantonio, Thomas, Mitchell,
      Rafferty & Proctor, P.A.
      316 S. Baylen Street, Suite 600
      Pensacola, Florida 32502
      (850) 435-7140 (telephone)
      (850) 436-7020 (facsimile)
      mschultz@levinlaw.com

      *Attorneys for Plaintiff*


I hereby certify that on this 17th day of January, 2018, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of

a Notice of Electronic Filing.


*/s/ Matthew D. Schultz*_____